AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**DENNIS OBADO**

        Plaintiff(s)

V.

**UMDNJ BEHAVIORAL HLTH. CNTR.**

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-1344 (DRD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED, and**

    ☒ The clerk is directed to file the complaint, and

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTERED: June 9, 2009

_____
Signature of Judicial Officer

Dickinson R. Debevoise, U.S.S.D.J.
Name and title of Judicial Officer